JARED A. WASHKOWITZ, SBN 226211
Law Office of Jared A. Washkowitz
140 Geary Street, 4th Floor
San Francisco, CA 94108
Tel: 415.670.9295
Fax: 415.520.9720
jwash@jawlegal.com

Attorneys for Plaintiff,
FIREMAN'S FUND INSURANCE COMPANY.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY. | Case No. CV10 4777 GHK PL |
| Plaintiff, | COMPLAINT FOR DAMAGES |
| v. | IN ADMIRALTY |
| PACIFIC INTERNATIONAL LINES (PTE), LTD.; PACIFIC INTERNATIONAL LINES (USA), INC., | BY FAX |
| Defendants. | |

Plaintiff FIREMAN'S FUND INSURANCE COMPANY (herein "FFIC") alleges as follows:

**JURISDICTION**

1. This is an admiralty and maritime claim pursuant to Rule 9(h) of the Federal Rules of Civil Procedure. Subject matter jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1333 (admiralty) and 28 U.S.C. § 1331 (federal question).

2. Plaintiff FFIC is an insurance corporation with its principal place of business in Novato, California. FFIC is the subrogated insurance company of JSL Foods, Inc. (herein "JSL Foods"), a Los Angeles-based producer and importer of food products.

3. Defendant PACIFIC INTERNATIONAL LINES (PTE), LTD. (herein "PIL") is a foreign business entity, form unknown, with its principal place of business in Singapore. PIL

-1-
COMPLAINT FOR DAMAGES

owns and operates a fleet of container ships that transport cargo in the global shipping industry. PIL regularly conducts business within this judicial district, its vessels regularly call at ports located within this judicial district, and PIL otherwise has sufficient minimum contacts with California to subject it to the personal jurisdiction of this Court.

4. Defendant PACIFIC INTERNATIONAL LINES (USA), INC. (herein "PIL USA") is a California corporation with its principal place of business in El Monte, California. PIL USA regularly conducts business within this judicial district, its vessels regularly call at ports located within this judicial district, and PIL otherwise has sufficient minimum contacts with California to subject it to the personal jurisdiction of this Court.

5. Plaintiff FFIC is informed and believes, and thereon alleges, that at all relevant times herein each of the Defendants was the agent, representative, principal, servant, employee, partner, alter ego, joint venture, successor in interest, assistant and/or consultant of each and every other Defendant, and as such, were at all times acting within the course, scope, purpose and authority of said agency, partnership, and/or employment and with the express or implied knowledge, permission, authority, approval, ratification, and consent of the other Defendant.

6. At all material times Defendants owned, operated and managed the vessel M/V LEO AUTHORITY, which was and is a 183' Panamanian-flagged container vessel that regularly calls at ports located within this judicial district.

## VENUE

7. Venue is proper in the U.S. District Court for the Central District of California pursuant to 28 U.S.C. § 1391(b) and (c) because Defendants resided in this District at the time this action was commenced and otherwise has sufficient minimum contacts in this District to subject it to personal jurisdiction, as alleged above. Upon information and belief, the vessel M/V LEO AUTHORITY now or will be during the pendency of this action present within this judicial district.

COMPLAINT FOR DAMAGES

## GENERAL ALLEGATIONS

8. FFIC incorporates and realleges herein each and every allegation set forth in paragraphs 1 through 7 as though set forth in full herein.

9. At all material times FFIC was the insurer of JSL Foods pursuant to FFIC Policy No. OC96220990 (herein "the Policy").

10. On or around September 18, 2009, Defendants issued Bill of Lading Number PABV00050590 with respect to a shipment of 1,509 packages of spring roll pastries that were to be shipped on the M/V LEO AUTHORITY from the shipper in Singapore (Tee Yih Jia Food Manufacturing Inc.) to the consignee in Los Angeles (JSL Foods) via the Port of Long Beach. A true and correct copy of the applicable Bill of Lading is attached hereto as **Exhibit "A"**.

11. At all material times Defendants received the full cargo of spring rolls from the shipper in good condition, as evidenced by the applicable Bill of Lading. See **Ex. "A"**..

12. On or around September 26, 2008, Defendants' agent, Norton Lilly International, notified JSL Foods that all 1,509 packages of spring roll pastries were lost overboard the M/V LEO AUTHORITY while same were in transit. A true and correct copy of Norton Lilly's letter to JSL Foods is attached hereto as **Exhibit "B"**.

13. Defendants never delivered the 1509 packages of spring roll pastries to JSL Foods and/or its agents..

14. As a result of the loss described above, FFIC paid its insured JSL Foods a total of $39,117.65 pursuant to the Policy and has thereby become subrogated to the rights of JSL Foods as against all other parties. A true and correct copy of FFIC's subrogation receipt with respect to this loss is attached hereto as **Exhibit "C"**.

15. Defendants have granted FFIC an extension of time until June 30, 2010 to file a lawsuit related to this loss.

## FIRST CAUSE OF ACTION

**(Carriage of Goods by Sea Act, 46 U.S.C. § 30701 et seq.)**

16. FFIC incorporates and realleges herein each and every allegation set forth in paragraphs 1 through 15 as though set forth in full herein.

17. At all material times Defendants were carriers within the meaning of the Carriage of Goods by Sea Act, 46 U.S.C. § 30701 et seq.

18. At all material times Defendants received from the shipper 1509 packages of spring roll pastries in good order for ocean transport aboard the M/V LEO AUTHORITY from Singapore to Long Beach, as evidenced by the applicable Bill of Lading. See **Ex. "A"**.

19. At all material times all 1509 packages of spring roll pastries were lost overboard the M/V LEO AUTHORITY and Defendants failed to deliver said packages to JSL Foods and/or its agents in Long Beach. See **Ex. "B"**.

20. At all material times, the loss was proximately caused by Defendants' failure to exercise due diligence in making the M/V LEO AUTHORITY seaworthy; failure to ensure that the ship was properly manned, equipped and supplied; and/or failure to make the holds and all other parts of the ship in which goods are carried fit and safe for the carriage.

21. As a direct and proximate result of the foregoing, JSL Foods suffered insured losses in the amount of $39,117.65.

22. As a direct and proximate result of the foregoing, FFIC paid JSL Foods the sum of $39,117.65 pursuant to the Policy and has become subrogated to JSL Foods in that amount, as alleged above. See **Ex. "C"**.

23. Defendants were timely notified of the loss within the meaning of 46 U.S.C. § 30701, but despite repeated demands it has failed to pay the above sum to FFIC or its agents.

WHEREFORE, Plaintiff FFIC prays that judgment be entered in its favor and against Defendants on all causes of action as follows:

1. For damages in the amount of $39,117.65;
2. For prejudgment interest according to law;
3. For reasonable attorneys' fees and costs of suit incurred herein; and
4. For such other and further relief as this Court deems just and proper.

just and proper.

Dated: June 28, 2010   **LAW OFFICE OF JARED A. WASHKOWITZ**

By: _____
JARED A. WASHKOWITZ
Attorneys for Plaintiff
FIREMAN'S FUND INSURANCE COMPANY

# EXHIBIT "A"

10/21/08  13:05 FAX 2067015700          WELLS FARGO INS SVS NW    → FIREMANS FUND        ☒009

Shipper
TEE YIH JIA FOOD MANUFACTURING
PTE LTD
1 SENOKO ROAD
TEE YIH JIA BUILDING
SINGAPORE 758134

Booking Ref: PILUIGB0800017
B/L No. PABV00050590
Customer B/L: PABV 0050590

Consignee
TO ORDER



### PACIFIC INTERNATIONAL LINES (PTE) LTD
(Incorporated in Singapore)
CO. REG. NO. 196700080N

PAGE 1 OF 2

PORT-TO-PORT OR COMBINED TRANSPORT B/L OF LADING

Received in apparent good order and condition except as otherwise noted, the total number of packages or units enumerated below for transportation from the Port of Receipt if mentioned below to the Port of Discharge (or the Place of Delivery if mentioned below), subject to all the terms and conditions hereof, including the terms and conditions on the reverse hereof. One of the signed original Bills of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order. In accepting this Bill of Lading, the Merchant expressly accepts and agrees to all the terms and conditions hereof, including the terms and conditions on the reverse hereof, and the rights and liabilities arising in accordance with, an is and conditions hereof shall (without prejudice to any rule of common law or statute rendering them binding on the Merchant) become binding in all respects between the Carrier and the Merchant as though the contract evidenced hereby had been made between them.

Notify Party
JSL FOODS INC.
3550 PASADENA AVENUE
LOS ANGELES CA 90031 - 1946
U.S.A.    ******

| Vessel and Voyage Number | Port of Loading | Port of Discharge |
|---|---|---|
| LNG AUTHORITY YAU064 | SINGAPORE | LONG BEACH |

| Place of Receipt | Place of Delivery | Number of Original B/L |
|---|---|---|
| SINGAPORE CY | LONG BEACH CY | THREE (3) |

PARTICULARS AS DECLARED BY SHIPPER - BUT WITHOUT REPRESENTATION AND NOT ACKNOWLEDGED BY CARRIER

| Container Nos. / Seal Nos. Marks / Numbers | No. of Containers / Packages / Description of Goods | Gross Weight (Kilos) | Measurements (cu-metres) |
|---|---|---|---|
| PCIU5983674(CY/CY) SEAL: K0368210 JSL LA 38 | 1 X 40RH CONTAINER SAID TO CONTAIN 1,509 CTNS SPRING ROLL PASTRY P/O NO. 38/08 US-FDA REGISTRATION NO. 10224792198 "SHIPPED ON BOARD" "TEMPERATURE SETTING AT MINUS 18 DEGREE CELCIUS" ******* ALSO NOTIFY INTER ORIENT SERVICES OCEAN DEPT. 1455 MONTEREY PASS RD., STE. 205 MONTEREY PARK, CA 91754 TEL:(323)263-1820 | 19987.7 | 4.174 |

FREIGHT & CHARGES

Total number of containers or packages received by the Carrier (in words):

Shipped on Board Date:

Place and Date of Issue:

In Witness Whereof the number of Original Bills of Lading stated above of the same tenor and date, one of which being accomplished, the others to stand void.
Signed for the Carrier,
PACIFIC INTERNATIONAL LINES (PTE) LTD

1ST ORIGINAL
WA05-1758693

# EXHIBIT "B"

10/21/08  13:05 FAX 2067015700      WELLS FARGO INS SVS NW    → FIREMANS FUND      ☒005



# NORTON LILLY
## INTERNATIONAL

222 Kearney Street, Suite 300
San Francisco, CA  94108
Ph: (415) 616-3824  Fax: (415) 433-4774

As agents for Pacific International Lines.

September 26, 2008

JSL FOODS INC.
3550 PASADENA AVENUE
LOS ANGELES, CA 90031

RE: B/L# PABV00050590 — CONTAINER# PCIU5983674 — SPRING ROLL PASTRY

We wish to inform you that the Master of the vessel, M/V Leo Authority which is chartered to PIL had reported that on 24 Sept 08 at about 0130 hrs local time, the vessel had encountered adverse weather whilst at HongKong anchorage. The vessel experienced very strong wind and rough sea and the vessel was rolling heavily. Due to the adverse weather encountered, a number of containers fell overboard. Some containers had also collapsed on the deck.

We regret to advise that your container(s) as listed below is / are one of the containers that were lost overboard.

CONTAINER.NO. PCIU5983674

We, the charterer of the vessel are investigating into the matter. We had asked the Master/ Vessel owner for a copy of the sea protest. A copy of the sea protest will be extended to you when received.

We would advise you to advise your cargo insurer of the incident if your cargo(es) is/are insured.

We regret the incident.

THANK YOU

NANCY CHEN
NORTON LILLY INTL AS AGENT FOR PIL
TEL: 866-230-5674 EXT 235

# EXHIBIT "C"

Dan Klein

Ocean Marine Claims

02/19/2009

JSL Foods, Inc
3450 Pasadena Ave
Los Angeles, CA 90031

RE: Claim Number: 260D5701

Received from Fireman's Fund Insurance Company the sum of Thirty Nine Thousand One Hundred Seventeen and 65/100 dollars ($39,117.65) in full settlement of our claim under Policy Number OC56220990 issued by the said Insurance Company, for damage to and loss of property described below:

shipped on board the S.S. Should have been "Leo Authority" sailing from Singapore to Long Beach, CA

In consideration of this payment, we hereby guarantee that we are the persons entitled to enforce the terms of the contracts of transportation set forth in the bills of lading covering the said property, and we agree that the said Insurance Company is subrogated to all of our rights of recovery on account of any and all such loss or damage from the carriers and from any other persons or corporations (including municipal or sovereign corporations) or vessels that may be liable therefor, and we agree to assist the said Insurance Company in effecting such recovery and we hereby authorize the said Insurance Company to file suit against any such carrier, vessel, person or corporation, in our names, and attorneys in fact, with irrevocable power to collect any and all such claims and to begin, prosecute, compromise or withdraw in our names, but at the expense of said Insurance Company, any and all legal proceedings which they may deem necessary to carry into effect the purpose of this agreement. We further agree to execute any documents which may be necessary to enable the said Insurance Company to proceed in accordance herewith. Including any and all monies collected from any such carrier, vessel, person or corporation, whether received in the first instance by the undersigned or by the said Insurance Company, shall be the property of the said Insurance Company.

The payment received for herein is accepted with the understanding that said payment shall not inure to the benefit of any carrier under the provisions of any contract of carriage or otherwise; that in making the payment the said Insurance Company does not waive any rights by subrogation or otherwise against any carrier or bailee; and that the acceptance of this receipt shall not prejudice or take away any rights or remedies which the said Insurance Company would otherwise have by virtue of such payment.

Dated at 1:00PM this 19TH day of FEBRUARY 2009

By: [signature] Title: PRESIDENT

Company Name: JSL FOODS, INC.

DESCRIPTION OF PROPERTY ABOVE REFERRED TO: 1509 cartons pastries. Container lost and then reportedly found, but cargo disposed of.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George King and the assigned discovery Magistrate Judge is Paul Abrams.

The case number on all documents filed with the Court should read as follows:

### CV10- 4777 GHK (PLAx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Jared A. Washkowitz, SBN 226211
Law Office of Jared A. Washkowitz
140 Geary Street, 4th Floor
San Francisco, CA 94108
Tel: 415.670.9295, Fax: 415.520.9729

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br><br>PLAINTIFF(S)<br>v.<br>PACIFIC INTERNATIONAL LINES (PTE), LTD.,<br>PACIFIC INTERNATIONAL LINES (USA), INC.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV10 4777 GHK PLAx**<br><br>SUMMONS |

TO: DEFENDANT(S): <u>PACIFIC INTERNATIONAL LINES (PTE), LTD. and PACIFIC INTERNATOINAL LINES (USA), INC.</u>

A lawsuit has been filed against you.

Within <u>21</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Jared A. Washkowitz, Esq.</u>, whose address is <u>140 Geary Street, 4th Floor, San Francisco, CA 94108</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: JUN 2 8 2010

By: **CHRISTOPHER POWERS**
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
FIREMAN'S FUND INSURANCE COMPANY

**DEFENDANTS**
PACIFIC INTERNATIONAL LINES (PTE), LTD.
PACIFIC INTERNATIONAL LINES (USA), INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Jared A. Washkowitz, SBN 226211
Law Office of Jared A. Washkowitz
140 Geary Street, 4th Floor, San Francisco, CA 94108, Tel: 415.670.9295

**Attorneys (If Known)**
n/a

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ MONEY DEMANDED IN COMPLAINT: $ $39,117.65 plus interest and costs

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
46 U.S.C. Sec. 30701 et seq.- violation of Carriage of Goods by Sea Act; Defendant ocean carrier lost Plaintiff's cargo overboard in transit from Singapore to Long Beach

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | **FEDERAL TAX SUITS** |
| | | ☐ 245 Tort Product Liability | ☐ 446 American with Disabilities - Other | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | | ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | | | ☐ 465 Other Immigration Actions | | |

BY FAX

**FOR OFFICE USE ONLY:** Case Number: __CV10 4777__

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Plaintiff Fireman's Fund Insurance Company- Marin County |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Defendant Pacific International Lines (USA), Inc.- Los Angeles County | Defendant Pacific International Lines (PTE), Ltd.- Singapore |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County- goods were destined for Long Beach but never arrived |  |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
<u>Note</u>: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_   Date  6-28-10

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |